IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROSEMARY BLAKES                                                                    PLAINTIFF
ADC # 705058

V.                              NO. 1:12CV00076-KGB-BD

ROBERT OMELIIL, et al.                                                             DEFENDANTS

### ORDER OF DISMISSAL

On August 10, 2012, Plaintiff Rosemary Blakes, an Arkansas Department of Correction inmate, filed a complaint under 42 U.S.C. § 1983, alleging that she was disciplined for an offense that she did not commit. Along with her complaint, Ms. Blakes filed a motion to proceed *in forma pauperis*.

The motion was denied by Order of August 15, 2012, because Ms. Blakes is ineligible for *in forma pauperis* status. She has filed three or more other lawsuits in the Eastern District of Arkansas that were dismissed as frivolous or for failure to state a claim.[1] *See* 28 U.S.C. § 1915(g). Because there was no indication that Ms. Blakes is in imminent danger, she was ordered to pay the $350.00 statutory filing fee within 30 days or risk dismissal of this case.

---

[1] *See Blakes v. Boyd*, 1:00CV00007; *Blakes v. Scuddamore*, 1:00CV00168; and *Blakes v. McPherson Unit*, 1:01CV00109.

Ms. Blakes has not paid the filing fee, and the time for doing so has passed. Accordingly, her claim is DISMISSED, without prejudice, under Local Rule 5.5(c)(2), for failure to pay the filing fee, as ordered.

DATED this 25 day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge