IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROSEMARY BLAKES,     PLAINTIFF
ADC #705058

V.     NO. 1:12CV00076-KGB-BD

ROBERT OMELIIL, *et al.*     DEFENDANTS

## JUDGMENT

Pursuant to the Order of Dismissal entered on this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 25 day of September, 2012.

_____
Kristine G. Baker
United States District Judge